

March 25th, 2010

U. S. Bankruptcy Court for Northern District of Illinois

RE: Withdrawal of Claim
Name: STAMPLEY, JAMEICE
Case No.: 08-26620

To Whom It May Concern:

This letter is to serve as a written request by American General Finance to withdraw entry number 20 filed on case number 08-26620 dated 03/23/2010 by American General Finance.

If you have any questions, please call us at (800) 599-2349 option #4.

Sincerely,


/s/ A. McDonald
Bankruptcy Support Specialist
Account Resolutions Center
American General Finance